BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00055-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $19,880.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Fred Fry ("claimant"), by and through their respective counsel, as follows:

1.  On or about March 11, 2013, claimant Fred Fry filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $19,880.00 in U.S. Currency (hereafter "defendant currency"), which was seized on January 16, 2013.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the

1

1  defendant currency as required by law in the administrative forfeiture proceeding.

2      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
3  complaint for forfeiture against the defendant currency and/or to obtain an indictment
4  alleging that the defendant currency is subject to forfeiture within ninety days after a
5  claim has been filed in the administrative forfeiture proceeding, unless the court
6  extends the deadline for good cause shown or by agreement of the parties.  That
7  deadline was June 7, 2013.

8      4.    By Stipulation and Order filed on or about June 6, 2013, the parties
9  stipulated to extend to August 6, 2013, the time in which the United States is required
10 to file a civil complaint for forfeiture against the defendant currency and/or to obtain
11 an indictment alleging that the defendant currency is subject to forfeiture.

12     5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
13 further extend to September 5, 2013, the time in which the United States is required to
14 file a civil complaint for forfeiture against the defendant currency and/or to obtain an
15 indictment alleging that the defendant currency is subject to forfeiture.

16     6.    Accordingly, the parties agree that the deadline by which the United
17 States shall be required to file a complaint for forfeiture against the defendant

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and Order to Extend Time

currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 5, 2013.

Dated: 8/5/2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S Attorney

Dated: 8/5/2013  /s/ Richard J. Troberman
RICHARD J. TROBERMAN
Attorney for Claimant
Fred Fry

(Signature approved by telephone )

**IT IS SO ORDERED**.

Dated: August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time